

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.           )<br>)<br>ANTHONY C. JENKINS,   )<br>)<br>Defendant.    ) | No. 06 CR 780 |

## MEMORANDUM OPINION AND ORDER

Defendant subpoenaed the disciplinary histories of various Joliet police officers. The government has moved to preclude the defendant from using those histories in any way and has supplied those histories to the court for *in camera* review. We have reviewed both the government's summation of those histories and the histories themselves, and they are consistent. Since, as we are advised by the certificate of service, defendant has received a copy of the summation, we need not discuss it in detail. Suffice it to say, the histories involve matters that are too old, do not involve dishonesty and/or that have consistently been and presumably would be denied by the officers. Defendant can, at most, ask a question. If the response is negative, defendant cannot continue to pursue it. In those circumstances we see no purpose to be served by getting into disciplinary histories. The motion is granted. Conversely, the government may not get into commendations, and the like.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 11, 2007.